WARRANT FOR ARREST IN ACTION IN REM

UNITED STATES OF AMERICA

WESTERN DISTRICT OF PENNSYLVANIA:		SS:		CIVIL ACTION NO. 2:24cv1305


THE PRESIDENT OF THE UNITED STATES OF AMERICA


To the United States Immigration and Customs Enforcement and the United States Marshals Service of the Western District of Pennsylvania - GREETING:


WHEREAS, a Verified Complaint for Forfeiture has been filed in the United States District Court for the Western District of Pennsylvania on the 13th day of September, 2024 entitled:

United States of America,

    Plaintiff,

        vs.		Civil Action No. 2:24cv1305

$485,476.00 in United States Currency,
    Defendant.


upon an admiralty and maritime claim for FORFEITURE for the reasons and causes in the Verified Complaint for Forfeiture mentioned and praying for process of warrant for the arrest of the defendant property and that all persons interested in the defendant property may be cited in general and special to answer the promises; and all proceedings being had, that the defendant property may for the causes in the Verified Complaint for Forfeiture be forfeited to the United States of America pursuant to 8 U.S.C. § 1324(b).

You are hereby commanded to seize and to take possession of the defendant property, thereby arresting it, until further order of the Court respecting the same.

You are hereby further commanded to give due notice to all persons claiming an interest in the defendant property, or knowing or having anything to say why the same should not be forfeited to the United States pursuant to the Verified Complaint for Forfeiture, that they must file their verified statements (claims) with the Clerk of the United States District Court for the Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219, with service of same upon the United States Attorney, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219, within 35 days after the execution of this process or within such additional time as may be allowed by the Court, and must file their answers to the Verified Complaint for Forfeiture with the Clerk, with service upon the United States Attorney, within 21 days after the filing of their verified statements (claims), pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Any Agent or Contractor of the United States Immigration and Customs Enforcement shall have the authority to carry out the duties under this Warrant of Arrest.

WITNESS, The Honorable Christy Criswell Wiegand, Judge of said Court, this  19th  day of   September          , in the year of our Lord Two Thousand and Twenty-Four (2024), and of our independence Two Hundred Forty-Nine (249).

CLERK OF COURT

241909

*Brandy S. Lonchena* elt
Signature of Clerk or Deputy Clerk

*Ericka Torain*
Deputy Clerk

NOTE:  Claimant is required to file a claim in the Clerk's Office of the United States District Court for the Western District of Pennsylvania, 700 Grant Street, Suite 3110, Pittsburgh, PA 15219 and to file in the Clerk's Office an answer or response to said complaint within the time above fixed; otherwise the United States District Court may order the interlocutory sale, the final order of forfeiture, or other relief as may be just and proper.

This warrant is issued pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.