IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-1305 |
| | ) | |
| $485,476.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF COURT

AND NOW, this 10th day of December, 2024, in accordance with the provisions of

28 U.S.C. § 455,

IT IS HEREBY ORDERED that the undersigned RECUSES herself from the above

captioned case.  The Clerk of Court is directed to reassign this matter to another member of this

Court.


_s/Nora Barry Fischer_
Nora Barry Fischer
Senior United States District Judge


cc/ecf:        All counsel of record.